UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHRISTOPHER COFFER,<br><br>          Plaintiff,<br><br>   v.<br><br>CHACON,<br><br>          Defendant. | Case No. 25-cv-06574-EKL<br><br>**ORDER OF TRANSFER** |

Plaintiff Jonathan Christopher Coffer, a pro se prisoner currently housed in Corcoran State Prison in Kings County, brought the instant civil rights case challenging medical care and other matters that took place at California Health Care Facility in San Joaquin County. *See* ECF No. 1. Both Corcoran State Prison and California Health Care Facility are located in the Eastern District of California. 28 U.S.C. § 84(b). Venue is therefore appropriate in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the Court will not rule upon Plaintiff's pending motion (ECF No. 2), which is **VACATED**.

**IT IS SO ORDERED.**

Dated: August 29, 2025

Eumi K. Lee
United States District Judge